UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO. 4:14-CR-254 |
| v. | (JUDGE Brann) |
| CHRISTOPHER G. LEE | (ELECTRONICALLY FILED) |
| Defendant. | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

From May 2014 to on or about June 21, 2014, in Centre County, Pennsylvania and within the Middle District of Pennsylvania and elsewhere,

**CHRISTOPHER G. LEE**

used any facility and means of interstate commerce, that is, the internet via computer and the telephone, to knowingly persuade, induce, entice, and coerce any individual, who had not attained the age of 18 years, to travel in interstate and foreign commerce, to engage in any sexual activity for which any person can be charged with a criminal offense.

To wit, **CHRISTOPHER G. LEE** knowingly used the Internet and telephone to persuade, induce, entice and coerce John Doe #1, a minor, who LEE knew to be 17 years of age, to travel in interstate and foreign commerce to engage in sexual activity. Had such sexual activity occurred, LEE could have been charged with criminal offenses, including Indecent Assault, in violation of 18 Pa. C.S. § 3126.

All in violation of Title 18, United States Code, Section 2422(a).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT TWO

From May 2014 to on or about June 21, 2014, in Centre County, Pennsylvania and within the Middle District of Pennsylvania and elsewhere,

**CHRISTOPHER G. LEE**

did knowingly transport and caused to be transported an individual who had not attained the age of 18 years in interstate and foreign commerce, with the intent that such individual engage in sexual activity for which any person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2423(a).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT THREE

From about January 2014 to on or about June 30, 2014, in Centre County, Pennsylvania and within the Middle District of Pennsylvania and elsewhere, the defendant

### CHRISTOPHER G. LEE

knowingly received and caused to be received visual depictions involving minors, including prepubescent minors under the age of 12 years, engaging in sexually explicit conduct, that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(2).

THE GRAND JURY FURTHER CHARGES:

## COUNT FOUR

On or about June 30, 2014, in Centre County, Pennsylvania and within the Middle District of Pennsylvania and elsewhere,

**CHRISTOPHER G. LEE**

knowingly possessed and caused to be possessed images of child pornography, as defined in Title 18, U.S.C. § 2256, depicting minors engaged in sexually explicit conduct, including prepubescent minors under the age of 12 years, that had been mailed, shipped and transported in interstate or foreign commerce by any means, including by computer; to wit: images depicting the lascivious exhibition of a minor's genitals and pubic area.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL

FOREPERSON

10-1-2014
DATE

PETER J. SMITH
UNITED STATES ATTORNEY