IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 4:14-CR-0254 |
| | : | |
| v. | : | (Judge Brann) |
| | : | |
| CHRISTOPHER G. LEE, | : | |
| | : | |
| Defendant. | : | |

**ORDER**
June 2, 2015

AND NOW, in accordance with the Memorandum of this same date, IT IS HEREBY ORDERED THAT:

1. Defendant's Motion to Sever Counts of the Superseding Indictment is GRANTED (ECF No. 56).

2. Counts One and Two are hereby severed from Counts Three through Six and separate trials are ordered.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge