# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:14-CR-00254 |
| v. | (Judge Brann) |
| CHRISTOPHER G. LEE, | |
| Defendant. | |

## ORDER

**JANUARY 10, 2020**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Lee's 28 U.S.C. § 2255 motion (Doc. 213) is **DENIED**; and

2. The Court declines to issue a certificate of appealability.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge